Carl D. Ciochon (Bar No. 165963)
cciochon@wendel.com
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Plaintiff
Devon Self Storage Holdings (US) LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DEVON SELF STORAGE HOLDINGS (US) LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BADER COMPANY, an Indiana corporation,<br><br>Defendant. | Case No. 3:17-cv-01419-SK<br><br>**STIPULATION AND ORDER RE EXTENSION OF INITIAL CASE MANAGEMENT AND ADR DEADLINES**<br><br><br>**The Hon. Sallie Kim** |

This Stipulation is entered into with reference to the following facts (as set forth in the accompanying Declaration of Carl D. Ciochon):

1. Defendant Bader Company has filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction or Alternatively, for Transfer of Venue. Bader's Motion to Dismiss is set for hearing on June 26, 2017.

2. The Court's March 15, 2017 Order Setting Initial Case Management Conference and ADR Deadlines sets an Initial Case Management Conference for June 19, 2017, prior to the June 26 hearing on Bader's Motion to Dismiss.

3. The parties believe that it would be more efficient for both the Court and the parties if the Initial Case Management Conference were continued to a date *after* the Court has ruled on Bader's Motion to Dismiss. The parties further believe that it would be premature for them to commit to an ADR process and a discovery schedule before the Court has ruled on Bader's Motion to Dismiss, and that the meet and confer and related filing deadlines should also be continued. Accordingly, the parties are respectfully requesting that the current deadlines be extended by eight weeks, as set forth below.

WHEREFORE,

It is hereby stipulated, by and between undersigned counsel of record to extend the relevant pre-trial deadlines as follows:

July 10, 2017:
- Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;
- file ADR Certification signed by Parties and Counsel;
- file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference;

July 24, 2017:
- Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement.

1 August 7, 2017 (or such other date as the Court may propose):

- Initial Case Management Conference.

I received agreement from Benjamin Riley to this Stipulation and to submitting his signature on this Stipulation on May 30, 2017.

DATED: May 30, 2017    WENDEL, ROSEN, BLACK & DEAN LLP

By: _/s/ Carl D. Ciochon_
Carl D. Ciochon
Attorneys for Plaintiff
Devon Self Storage Holdings (US) LLC

DATED: May 30, 2017    BARTKO, ZANKEL, BUNZEL & MILLER

By: _/s/ Benjamin K. Riley_
Benjamin K. Riley
Attorneys for Defendant
Bader Company

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 31, 2017

Sallie Kim
United States Magistrate Judge